**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
J. ROHLFING, M.D.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS J. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DR. J. ROHLFING, M.D.,<br><br>　　　　　Defendant | CASE NO: CIV S-06-0437 GEB DAD P<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT J. ROHLFING, M.D.** |

　　　Defendant J. ROHLFING, M.D. hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

　　　　　Kathleen J. Williams, CSB #127021
　　　　　WILLIAMS & ASSOCIATES
　　　　　1250 Sutterville Road, Suite 290
　　　　　Sacramento, CA 95822
　　　　　(916) 456-1122
　　　　　(916) 737-1126 (fax)

///

///

///

*Williams v. Rohlfing* [06-0437 GEB DAD P]/Substitution of Attorneys for Rohlfing　　　　　Page 1

1  All counsel in this matter are requested to direct all communications to the
2  above-referenced address beginning immediately.
3  I consent to this substitution.
4  Dated: 1/22/08                ATTORNEY GENERAL OF THE STATE
                                 OF CALIFORNIA

                                 By: /s/ "Kevin W. Reager" Original signature retained by counsel
                                    KEVIN W. REAGER, CSB 178478
                                    Deputy Attorney General Attorney for defendant
                                    J. ROHLFING, M.D.

I consent to this substitution.

Dated: 1/22/08                   /s/ "J. Rohlfing, M.D." Original signature retained by counsel
                                    J. ROHLFING, M.D.

I accept this substitution.

Dated: 1/23/08                   WILLIAMS & ASSOCIATES


                                 By: /s/ Kathleen J. Williams
                                    Kathleen J. Williams, CSB #127021

**IT IS SO ORDERED.**

Dated:  January 23, 2008

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge