IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

       Plaintiff,             No. CIV S-06-0437 GEB DAD P

   vs.

J. ROHLFING, M.D.,

       Defendant.       ORDER

_____/

       Plaintiff has requested an extension of time to file an opposition to defendant's motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's February 20, 2008 request for an extension of time [Doc. No. 26] is granted; and

       2.  Plaintiff shall file his opposition to defendant's January 25, 2008 motion for summary judgment on or before April 25, 2008.

DATED: February 26, 2008.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
will0437.36opp