1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CURTIS J. WILLIAMS,

11            Plaintiff,               No. CIV S-06-0437 GEB DAD P

12       vs.

13   J. ROHLFING, M.D.,

14            Defendant.               ORDER

15   _____/

16            Under the court's August 1, 2007 scheduling order, plaintiff's pretrial statement is

17   due on April 25, 2008, and defendant's pretrial statement is due on May 2, 2008.  Pretrial

18   conference is set for May 9, 2008, and jury trial is set for July 15, 2008.  On January 25, 2008,

19   defendant filed a motion for summary judgment.  On April 21, 2008, plaintiff filed a timely

20   opposition.

21            Good cause appearing, the court will vacate the scheduling order dates related to

22   pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if

23   necessary after the motion for summary judgment has been ruled upon.  The remainder of the

24   court's August 1, 2007 scheduling order will remain in effect.

25   /////

26   /////

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The court's August 1, 2007 scheduling order dates related to pretrial

3    statements (April 25, 2008 and May 2, 2008), pretrial conference (May 9, 2008), and jury trial

4    (July 15, 2008) are vacated; and

5          2.  The remainder of the court's August 1, 2007 scheduling order remains in

6    effect.  The court will issue a revised scheduling order if necessary after summary judgment has

7    been ruled upon.

8    DATED: April 25, 2008.

9

10

                                    DALE A. DROZD
11                                  UNITED STATES MAGISTRATE JUDGE

12   DAD:9
     will0437.41mod
13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        2